IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---------------------------------------------------

Traci L. Dillard and Rick D. Dillard,                    Court File No. 05CV2334 PAM/JSM

        Plaintiffs,

vs.                                                      **STIPULATION OF DISMISSAL**
                                                         **WITH PREJUDICE AND ORDER**

Torgerson Properties, Inc.,
d/b/a Hilton Garden Inn,
a Minnesota corporation,

        Defendant.

-------------------------------------------------

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

through their respective counsel, that said action may be and hereby is dismissed on the merits with

prejudice and without costs and disbursements to any party, and that any party hereto may forthwith

and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order

directing that judgment of dismissal with prejudice be entered accordingly.

IT IS FURTHER STIPULATED AND AGREED, that the Clerk of said Court, upon the

filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.


Dated: _____1/3/07_____                    _____/s/_____Trent J. Martinet_____
                                                Trent J. Martinet, #22449
                                                Attorneys for Plaintiff
                                                Regency Westpointe
                                                10330 Regency Parkway Drive, Suite 100
                                                Omaha, NE 68114
                                                (402)397-2200

Dated:      1/10/07              **Law Offices of Bakken and Robinson**


       /s/    Sandra J. Grove    
Sandra J. Grove, #167435
Attorneys for Defendant
2550 University Avenue West
Suite 220 South-Court International
St. Paul, MN  55114
(651) 603-1510


## ORDER

The above-entitled action, having been fully and finally compromised and settled, pursuant

to the foregoing Stipulation.

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed on

the merits with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


                  BY THE COURT:


Dated: January 22, 2007           s/Paul A. Magnuson     
                    Judge of District Court